UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTEST PROMOTIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No. 15-cv-04365-SI<br><br>**ORDER RE: CALIFORNIA STATE COURT WRIT OF MANDATE**<br><br>Re: Dkt. No. 16 |

Presently before the Court is San Francisco's motion to dismiss Contest Promotions' ("Contest")'s first amended complaint and demand to strike punitive damages. Dkt. 16. Contest has filed its own motion to remand this action. Dkt. 19. The Court observes that Contest has filed a Petition for Writ of Mandate in San Francisco Superior Court, Case No. CPF-16-514771. The Court orders each party to file a statement no longer than five (5) pages in length explaining what effect, if any, this parallel administrative action has on Contest's Inverse Condemnation, Article 1, § 2(a), and Contracts Clause claims for relief currently pending before this Court. These statements shall be filed no later than **Monday, March 14, 2016, at noon**.

**IT IS SO ORDERED**.

Dated: 3/9/16

SUSAN ILLSTON
United States District Judge